

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Cynthia Murdock,

Vs. No. 11-21-00044-CV

Timothy Russell Murdock,

\* From the 326th District Court
of Taylor County,
Trial Court No. 33660-C.

\* June 10, 2021

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Cynthia Murdock.